**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:12-CR-60 |
| ) | |
| JUAN MARTIN DEL CAMPO, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty By Defendant Juan Martin Del Campo, (DE # 21) filed on June 1, 2012. No objections have been filed to Magistrate Judge Cherry's findings and recommendations upon Defendant's plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** Defendant Juan Martin Del Campo's plea of guilty, and **FINDS** the Defendant guilty of Count 1 of the Indictment, in violation of Title 18 U.S.C. § 922(g)(5).

This matter is set for sentencing on August 22, 2012, at 1 p.m.

**DATED:** June 20, 2012          /s/RUDY LOZANO, Judge
                                  **United States District Court**